**Linda PEOPLES, Plaintiff/Appellant,**

v.

**SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY, Defendant/Respondent.**

No. ED 88639.

Missouri Court of Appeals,
Eastern District,
Division Four.

May 1, 2007.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 7, 2007.

Application for Transfer Denied
Sept. 25, 2007.

Matthew J. Ghio, Chackes, Carlson, Spritzer & Ghio, LLP, St. Louis, MO, for appellant.

Elizabeth C. Carver, Charles B. Jellinek, Heidi Kuns Durr, Bryan Cave LLP, St. Louis, MO, for respondent.

Before ROY L. RICHTER, P.J., KATHIANNE KNAUP CRANE, J., and SHERRI B. SULLIVAN, J.

*ORDER*

PER CURIAM.

Plaintiff appeals from the trial court's entry of summary judgment in defendant's favor on plaintiff's claim for employment discrimination and retaliatory discharge.

No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).